No. 89–1624.  MOERING ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–1638.  EWING *v.* CITYTRUST.  C. A. 2d Cir.  Certiorari denied.

No. 89–6430.  MARIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–6554.  NEUMANN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–6586.  NUNEZ *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 89–6587.  HINTON, AKA HAQ *v.* LEONARDO, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 89–6655.  BAKER *v.* STICKRATH, SUPERINTENDENT, ORIENT CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 89–6767.  PLATT *v.* OHIO.  Ct. App. Ohio, Delaware County.  Certiorari denied.

No. 89–6811.  BANKS-EL *v.* CLARK, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 89–6855.  WILLIAMS *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 89–6866.  REED *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–6871.  DANIEL *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 89–6950.  LUFKIN *v.* CITY OF PADUCAH.  C. A. 6th Cir.  Certiorari denied.

No. 89–6956.  GAMERTSFELDER *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–6991.  MIKESELL *v.* DEPARTMENT OF TRANSPORTATION, NATIONAL TRANSPORTATION SAFETY BOARD, ET AL.